UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00070-MOC

| | |
|---|---|
| **MARLON B. ARRINGTON,** | ) |
| Plaintiff, | ) |
| Vs. | ) JUDGMENT |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the consent Motion for Entry of Judgment with Remand. Having considered such motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on the consent Motion for Entry of Judgment with Remand (#15) is ALLOWED, JUDGMENT is entered providing that this matter is REMANDED to the Commissioner for further proceedings pursuant to Sentence Four of the Section 205(g) of the Social Security Act, and this action is DISMISSED.

Signed: December 22, 2014

Max O. Cogburn Jr.
United States District Judge